# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:19cr54-001-MCR
**SEALED**

MARK D. SCHNEIDER

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK D. SCHNEIDER__
                                       Name

and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Count 1: Evasion of Tax Payment
Count 2: Obstruction of Administration of Internal Revenue Laws
Count 3: Fictitious Instrument

in violation of Title 26 United States Code, Section 7201 and Title 18 United States Code, Sections 7212(a), 514(a)(3) and 3581(b)(2)

Jessica J. Lyublanovits
Name of Issuing Officer

*[signature]*
Deputy Clerk: Susan Simms

Clerk of Court
Title of Issuing Officer

May 22, 2019   Pensacola
Date and Location

Bail fixed at $_____
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by ___Elizabeth M. Timothy___
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MARK D. SCHNEIDER

_____/

**SEALED INDICTMENT**

3:19cr54/MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about October 1, 2007, and on or about September 30, 2016, in the Northern District of Florida and elsewhere, the defendant,

**MARK D. SCHNEIDER,**

did willfully attempt to evade and defeat the payment of a tax due and owing by him to the United States of America in the amount of approximately $213,070 by failing to pay said tax to the Internal Revenue Service, by concealing and attempting to conceal from the Internal Revenue Service the nature, location, ownership, and extent of his income and assets, by submitting false and fraudulently executed documents to the Internal Revenue Service and his employer, by submitting a false and fictitious instrument to the Internal Revenue Service, and by other means.

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By _____ Deputy Clerk

Returned in open court pursuant to Rule 6(f)
5-21-19
Date
_____
United States Magistrate Judge

In violation of Title 26, United States Code, Section 7201.

## COUNT TWO

Between on or about February 1, 2008, and on or about September 30, 2016, in the Northern District of Florida and elsewhere, the defendant,

### MARK D. SCHNEIDER,

did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws, with respect to assessment and collection proceedings of the Internal Revenue Service, by various means, including, but not limited to, submitting a Form 1040 fraudulently claiming a $231,517 refund, sending threatening and frivolous communications to his employer not to comply with the Internal Revenue Service, submitting a false and fictitious instrument to the Internal Revenue Service, and attempting to interfere with compliance to a grand jury subpoena.

In violation of Title 18, United States Code, Section 7212(a).

## COUNT THREE

On or about June 17, 2014, in the Northern District of Florida and elsewhere, the defendant,

### MARK D. SCHNEIDER,

did knowingly, willfully, and with intent to defraud, utilize interstate commerce, including the use of the mails, to transmit, transport, ship, move, transfer, and

2

attempt to do so, to, from, and through the United States, a false and fictitious instrument, namely, an International Promissory Note, in the amount of $178,866.00, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, a foreign government, a State and other political subdivision of the United States, and an organization.

In violation of Title 18, United States Code, Sections 514(a)(3) and 3581(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Sections 492, 982(a)(2) and 981(a)(1), and Title 28, United States Code, Section 2461(c).

Upon the conviction on the violation alleged in Count Three of this Indictment, the defendant,

**MARK D. SCHNEIDER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real or personal, involved in the aforementioned offense and all property traceable to such property as a result of such violation.

3

If any of the property described above as being subject to forfeiture pursuant to Count Three of this Indictment, as a result of any act or omission of any defendant:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred or sold to, or deposited with, a third person;

  iii. has been placed beyond the jurisdiction of this Court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the property subject to forfeiture under the provisions of Title 21, United States Code, Section 853(p), which is incorporated by reference in Title 18, United States Code, Sections 982 and 981, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
LAWRENCE KEEFE
United States Attorney

Redacted per privacy policy
FOREPERSON

May 21, 2019
DATE

_____
DAVID L. GOLDBERG
Assistant United States Attorney